# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA J. EMMA,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>　　　　　　　Defendant. | CASE NO. 08CV832 WQH (WMc)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND REFERRING CASE TO MAGISTRATE JUDGE |

HAYES, Judge:

Pending before the Court is the motion to proceed in forma pauperis filed by Plaintiff Vera J. Emma. (Doc. # 2)

## DISCUSSION

On May 7, 2008, Plaintiff Vera J. Emma filed a Complaint against Defendant Commissioner of Social Security. (Doc. # 1). Plaintiff also filed the presently pending motion to proceed in forma pauperis. (Doc. # 2).

### I. Motion to Proceed In Forma Pauperis

All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee of $350.00. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if the party is granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th

Cir. 1999). "To proceed in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965).

In her accompanying affidavit, Plaintiff states that she is not employed and has not been employed since 2004. When she last worked, Plaintiff earned $5.75 per/hour working part-time for Quiznos. Plaintiff has one dependent, and receives $584.00 per/month in government benefits and $40.00 per/month in child support. Plaintiff does not own a motor vehicle, a bank account, or any assets.

After considering Plaintiff's motion and the accompanying affidavit, the Court concludes that Plaintiff cannot afford to pay the filing fee in this case. Accordingly, Plaintiff's motion to proceed in forma pauperis (Doc. # 2) is GRANTED.

## ORDER REFERRING CASE TO MAGISTRATE JUDGE

All matters arising in this social security appeal are referred to the Honorable William McCurine, Jr., United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636(b)(1) and Local Rule 72.1(c).

**IT IS SO ORDERED**.

DATED: May 13, 2008

**WILLIAM Q. HAYES**
United States District Judge