# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA J. EMMA,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　　vs.<br>MICHAEL J. ASTRUE,<br><br>　　　　　　　　　　　　　Defendant. | CASE NO. 08CV832 WQH (WMc)<br><br>ORDER REFERRING SOCIAL SECURITY APPEAL TO MAGISTRATE JUDGE |

HAYES, Judge:

　　All matters arising in this social security appeal are hereby referred to the Honorable William McCurine, Jr., United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636(b)(1) and Local Rule 72.1(c).

　　**IT IS SO ORDERED**.

DATED: June 18, 2008

　　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　United States District Judge